JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-6805
  Fax:           (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and**<br>**SYLVESTER FERNANDO, Revenue Agent,**<br><br>      **Petitioners,**<br><br>      **v.**<br><br>**M. LOUISE STECK,**<br><br>      **Respondent.** | **Case No.  03:08-cv-00020-EDL**<br><br>**CONSENT TO PROCEED**<br>**BEFORE A UNITED STATES**<br>**MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

Circuit.

JOSEPH P. RUSSONIELLO
United States Attorney


/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

*Magistrate Consent*
Case No. 03:08-cv-20-EDL