1 | JOSEPH P. RUSSONIELLO
United States Attorney
2 | THOMAS M. NEWMAN (CTSBN 422187)
Assistant United States Attorney
3 | 9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
4 | San Francisco, California 94102
Telephone: (415) 436-6805
5 | Fax: (415) 436-6748

6 | Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and SYLVESTER FERNANDO, Revenue Officer,** | ) ) CASE NO. 03:08-cv-20-EDL ) |
| **Petitioners,** | ) ) **NOTICE OF DISMISSAL** |
| v. | ) ) |
| **M. LOUISE STECK,** | ) ) |
| **Respondent.** | ) ) |

Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, SYLVESTER FERNANDO, voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      */s/Thomas M. Newman*
                                      THOMAS M. NEWMAN
                                      Assistant United States Attorney
                                      Tax Division

*Notice of Dismissal*                     1